THE HONORABLE BENJAMIN H. SETTLE

John A. Cochran, WSBA No. 38909
The Cochran Law Firm
4400 NE 77th Avenue, Ste. 275
Vancouver, WA 98665
(360) 721-4222
johnnycochran@comcast.net

*Attorneys for Plaintiff, Chong L. Cho*

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| CHONG L. CHO, | ) |
|---|---|
| Plaintiff, | ) Case No. 3:12-cv-5842 |
| vs. | ) |
| BANK OF AMERICA, N.A. BAC HOME LOANS, a division of BANK OF AMERICA N.A. a national banking association; BAC HOME LOANS SERVICING LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; BANC OF AMERICA MORTGAGE SECURITIES, INC. | ) STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |
| Defendants, | ) |

**STIPULATION**

IT IS HEREBY STIPULATED by and among counsel for plaintiff Chong L. Cho and Defendants, that all claims in the above-captioned action may be dismissed without prejudice and without attorneys' fees or costs to any party. The parties therefore stipulate to the entry of the subjoined Order without further notice to any party.

///

///

PARTIES' STIPULATED MOTION TO DISMISS - 1

**THE COCHRAN LAW FIRM**
4400 NE 77TH AVENUE, STE. 275
VANCOUVER, WASHINGTON 98662
PHONE (360) 721-4222

1
2      DATED this 15th day of January, 2013.
3  THE COCHRAN LAW FIRM LLC                WITHERSPOON KELLY
4
5  By: /s/ John A. Cochran                 By: Jody M. McCormick
6  John A. Cochran, WSBA No. 38909         Jody M. McCormick, WSBA No. 26351
   Attorneys for Plaintiff                 Steven J. Dixson, WSBA No. 38101
7  Chong L. Cho                            Attorneys for Bank of America, N.A.
                                           for itself and as successor by merger to
8                                          BAC Home Loans Servicing, LP
                                           fka Countrywide Home Loans Servicing,
9                                          LP and Banc of America Mortgage
                                           Securities Inc., Mortgage Pass-Through
10                                         Certificates, Series 2005-L
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

PARTIES' STIPULATED MOTION TO DISMISS - 2

# ORDER

Plaintiff, Chong L. Cho, by and through its attorneys of record, and Defendants, by and through their attorneys of record, having stipulated for dismissal of all claims in the above-entitled matter without prejudice and without attorneys' fees or costs, and the court being fully advised in the premises; NOW, THEREFORE

IT IS ORDERED that the above-entitled matter is hereby dismissed without prejudice and without costs or attorneys' fees to any party.

DATED this __16th__ day of __January__, 2013.

_____
THE HONORABLE BENJAMIN H. SETTLE

Presented By:

| THE COCHRAN LAW FIRM LLC | WITHERSPOON KELLY |
|---|---|
| By: /s/ John A. Cochran | By: Jody M. McCormick |
| John A. Cochran, WSBA No. 38909 | Jody M. McCormick, WSBA No. 26351 |
| Attorneys for Plaintiff | Steven J. Dixson, WSBA No. 38101 |
| Chong L. Cho | Attorneys for Defendants |
|  | Bank of America, N.A. |